# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| PAULA GRAPES AS EXECUTRIX OF THE ESTATE OF DAVID B. GRAPES, | : No. 3 WAP 2026 |
| Appellant | : |
| | : |
| v. | : |
| | : |
| LINDA J. GRAPES, | : |
| Appellee | : |
| | : |
| v. | : |
| | : |
| PAULA GRAPES, | : |
| Appellant | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 21st day of April, 2026, the Notice of Appeal is QUASHED. *See* 42 Pa.C.S. § 722 (delineating the type of final orders from the courts of common pleas that may be appealed directly to this Court); Pa.R.A.P. 341(b) (defining final orders).